RIFENBURG CONSTR., INC. v. BRIER CREEK ASSOCS. LTD. P'SHIP

[358 N.C. 218 (2004)]

RIFENBURG CONSTRUCTION, INC. v. BRIER CREEK ASSOCIATES LIMITED PART-
NERSHIP, NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, RTP
ASSEMBLAGE ASSOCIATES, LLC, ATHENA AIRPORT ASSEMBLAGE, LP, AND
ATHENA AIRPORT ASSEMBLAGE CORP.

No. 583A03

(Filed 2 April 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 160 N.C. App. 626, 586 S.E.2d 812 (2003), reversing and remanding an order entered 17 May 2002 by Judge Leon Stanback in Superior Court, Wake County. Heard in the Supreme Court 15 March 2004.

*Safran Law Offices, by Perry R. Safran, John M. Sperati, and Brian J. Schoolman, for plaintiff-appellant.*

*Roy Cooper, Attorney General, by Joseph E. Herrin, Assistant Attorney General, for defendant-appellee North Carolina Department of Transportation.*

PER CURIAM.

AFFIRMED.